# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 17-05002 | KSJ | Judge: | Karen S. Jennemann | Trustee Name: | ARVIND MAHENDRU |
|---|---|---|---|---|---|---|
| Case Name: | Lisa Denea Lange | | | | Date Filed (f) or Converted (c): | 07/28/2017 (f) |
| | | | | | 341(a) Meeting Date: | 09/05/2017 |
| For Period Ending: | 03/31/2018 | | | | Claims Bar Date: | 07/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2014 Kia Sorrento Mileage: 38500 Vin: 5Xykw4a70eg519285 | 24,000.00 | 0.10 | OA | 0.00 | 0.10 |
| 2. Glock 43 | 400.00 | 0.00 | OA | 0.00 | 0.00 |
| 3. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 4. Suntrust Bank | 534.40 | 0.00 | | 0.00 | FA |
| 5. Space Coast Credit Union | 67.24 | 0.00 | | 0.00 | FA |
| 6. Capital One Bank, N.A. | 657.32 | 0.00 | | 0.00 | FA |
| 7. 2017 Tax Refund Federal (u) | Unknown | 3,714.00 | | 0.00 | 3,714.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $25,858.96   $3,714.10   $0.00   $3,714.10

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset #7- 2017 tax refund
4/12/18- Notice of Assets
4/26/18-Notice of Abandonment

Initial Projected Date of Final Report (TFR): 08/01/2018   Current Projected Date of Final Report (TFR): 08/01/2018

Trustee Signature:   /s/ ARVIND MAHENDRU   Date: 04/27/2018
ARVIND MAHENDRU
5703 Red Bug Lake Rd. #284
Winter Springs Florida, 32708
(407) 504-2462
amtrustee@gmail.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-05002 | Trustee Name: ARVIND MAHENDRU |
| Case Name: Lisa Denea Lange | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX2533 |
| | Checking |
| Taxpayer ID No: XX-XXX8689 | Blanket Bond (per case limit): $32,583,498.00 |
| For Period Ending: 03/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2533 - Checking | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ ARVIND MAHENDRU   Date: 04/27/2018

ARVIND MAHENDRU  
5703 Red Bug Lake Rd. #284  
Winter Springs Florida, 32708  
(407) 504-2462  
amtrustee@gmail.com

Page Subtotals:                                    $0.00        $0.00